**Fill in this information to identify the case:**

Debtor name    **Ban NH, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-60464**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 31, 2019**        X **/s/ Christopher F. Brogdon**
                                                        Signature of individual signing on behalf of debtor

                                                        **Christopher F. Brogdon**
                                                        Printed name

                                                        **Manager**
                                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Ban NH, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-60464**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................    $    **4,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $    **4,619,066.18**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $    **8,619,066.18**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **2,511,852.00**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **672,804.80**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **6,383,773.24**

4.    Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b                                                                        $    **9,568,430.04**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ban NH, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **19-60464** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$3,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Piedmont Bank-Checking Account-Master Account** | **Checking** | **2916** | **$21,272.18** |
| 3.2. | **Piedmont Bank-Payroll Account** | **Payroll** | **5831** | **$1,000.00** |
| 3.3. | **Piedmont Bank-Operating Account** | **Checking** | **5849** | **$1,000.00** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 5. | **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$26,272.18** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| Debtor | **Ban NH, LLC** | Case number *(If known)* **19-60464** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.1. | **Utility Deposits** | $7,940.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81. | $7,940.00 |

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11b. Over 90 days old: **245,367.00** - **18,705.00** =.... | $226,662.00 |
face amount      doubtful or uncollectible accounts

12. **Total of Part 3.**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $226,662.00 |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ban NH, LLC** | Case number *(If known)*  **19-60464** |
|---|---|---|
| | Name | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Moveable Equipment-$223,347.00**<br>**Building Improvements-$119,233.00**<br>**Computer equipment-$9,796.00** | $0.00 | | $352,376.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$352,376.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **Betty Ann Nursing<br>Center<br>1400 South Main<br>Street<br>Grove, OK 74334**<br><br>**60 Bed Skilled<br>Nursing Facility** | Fee simple | $0.00 | | $4,000,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$4,000,000.00

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Ban NH, LLC** | Case number *(If known)* | **19-60464** |
|---|---|---|---|
| | Name | | |

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor)<br>**Inter-Company Receivables-See Attached** | 4,005,816.00   -<br>Total face amount | 0.00   =<br>doubtful or uncollectible amount | **$4,005,816.00** |

**72.**    **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**    **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.
                          **$4,005,816.00**

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Ban NH, LLC**                                         Case number *(If known)*  **19-60464**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,272.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,940.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $226,662.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $352,376.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $4,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,005,816.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,619,066.18 | + 91b. $4,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,619,066.18 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Betty Ann Nursing Center**
**Balance Sheet**
**As Of 6/30/2019**

|  | CURRENT PERIOD |
|---|---|
|  | Actual $ |
| **Equity (con't)** |  |
| 290-0050-00 Additional Paid in Capital | 353,120.42 |
| **TOTAL Equity** | **353,120.42** |
| **Inter-Company** |  |
| 140-0001-00 Due T/F Marsh Pointe Mgmt | (2,499,061.46) |
| 140-0003-00 Due T/F Enid Senior Care | (5,092,617.97) |
| 140-0004-00 Due T/F Grand Lake Villa | (206,444.60) |
| 140-0005-00 Due T/F Kenwood Manor | (986,942.38) |
| 140-0006-00 Due T/F The Living Center | (726,813.37) |
| 140-0007-00 Due T/F Meeker Nursing Center | (9,597.08) |
| 140-0008-00 Due T/F McLoud Nursing Center | 38,921.84 |
| 140-0009-00 Due T/F Harrah Nursing Center | 222,874.84 |
| 140-0010-00 Due T/F Oklahoma Operating | 5,604,845.91 |
| 140-0014-00 Due T/F Whispering Pines | (45,599.68) |
| 140-0020-00 Due T/F Property | (86,471.32) |
| 140-0021-00 Due T/F Loanoke | (263,630.63) |
| 140-0026-00 Due To/From J Christopher's | (10,000.00) |
| 140-0028-00 Due T/F Maplewood | 166,000.00 |
| 140-0029-00 Due T/F Hazen | (85,500.00) |
| 140-0030-00 Due T/F Brogdon Family, LLC | (24,000.00) |
| 140-0031-00 Due T/F Chris Brogdon | (1,780.22) |
| **TOTAL Inter-Company** | **(4,005,816.12)** |
| **Net Income/(Loss)** |  |
| Net Income | 265,430.01 |
| **TOTAL Net Income/(Loss)** | **265,430.01** |
| **TOTAL Liabilities and Equity** | **1,292,272.35** |

**Fill in this information to identify the case:**

Debtor name      **Ban NH, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-60464**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 **Metro City Bank** | | |
|---|---|---|
| Creditor's Name | | |

**Describe debtor's property that is subject to a lien**

**Betty Ann Nursing Center
1400 South Main Street
Grove, OK 74334**

| | **$1,257,532.00** | **$4,000,000.00** |
|---|---|---|

**60 Bed Skilled Nursing Facility**

5441 Buford Hwy
#109
Atlanta, GA 30340

Creditor's mailing address

**Describe the lien**

**First Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 **Southern Bank** | | |
|---|---|---|
| Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Personal Property**

| | $1,254,320.00 | $1,650,324.12 |
|---|---|---|

303 W. Market Street
Dexter, MO 63841

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

| Debtor | **Ban NH, LLC** | Case number (*if know*) | **19-60464** |
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,511,852.0 0 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **J. William Boone**<br>**3399 Peachtree Road**<br>**Suite 1700**<br>**Atlanta, GA 30326** | Line **2.1** | |
| **Joseph Burton**<br>**1 Premier Plaza**<br>**5605 Glenridge Dr., Ste 900**<br>**Atlanta, GA 30342** | Line **2.2** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **Ban NH, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) **19-60464** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86,723.00 | $86,723.00 |
| **Oklahoma Tax Commission** | ☐ Contingent | | |
| **100 N. Broadway Ave.** | ☐ Unliquidated | | |
| **Suite 1500** | ☑ Disputed | | |
| **Oklahoma City, OK 73102** | | | |
| Date or dates debt was incurred | Basis for the claim: **Payroll Tax** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No  ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,449.42 | $36,449.42 |
| **SUSAN DUNCAN DELAWARE** | ☐ Contingent | | |
| **COUNTY TREASURER** | ☐ Unliquidated | | |
| **Po Box 1080** | ☑ Disputed | | |
| **Jay, OK 74346** | | | |
| Date or dates debt was incurred | Basis for the claim: **Property Taxes** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No  ☐ Yes | | |

| Debtor | **Ban NH, LLC** | Case number *(if known)* | **19-60464** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549,632.38 | $549,632.38 |
|---|---|---|---|---|

**US Treasury**
**Internal Revenue Service**
**PO Box 80110**
**Cincinnati, OH 45280-0010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **940 & 941 Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,251.11 |
|---|---|---|---|

**ALLCARE PHARMACY**
**PO BOX 176**
**Arkadelphia, AR 71923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,899.00 |
|---|---|---|---|

**ALTERNATIVE RISK MANAGEMENT, LTD**
**814 WEST NORTHWEST HWY**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,054.45 |
|---|---|---|---|

**APN HEALTHCARE INC**
**P.O. Box 13060**
**Oklahoma City, OK 73113-1060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,376.53 |
|---|---|---|---|

**ATOMIC SERVICES, INC.**
**PO BOX 95067**
**Oklahoma City, OK 73143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,004.59 |
|---|---|---|---|

**BLUECROSS BLUESHIELD**
**HEALTH CARE SERVICE CORPORATION**
**P.O. Box 731428**
**Dallas, TX 75373-1428**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Ban NH, LLC | Case number (if known) | 19-60464 |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address**
BRIGGS HEALTHCARE
4900 UNIVERSITY AVENUE
SUITE #200
West Des Moines, IA 50266

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ■ No ☐ Yes

**$569.55**

---

**3.7** | **Nonpriority creditor's name and mailing address**
BRUMMIT & ASSOCIATES, INC.
4418 Montecello Place
Enid, OK 73703-1353

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ■ No ☐ Yes

**$292.50**

---

**3.8** | **Nonpriority creditor's name and mailing address**
DAUBLE & ASSOCIATES, P.C.
555 SUN VALLEY DRIVE
Unit P-2
ROSWELL, GA 30076-5633

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

**3.9** | **Nonpriority creditor's name and mailing address**
DEARBORN NATIONAL
36788 Eagle Way
Chicago, IL 60678

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ■ No ☐ Yes

**$142.92**

---

**3.10** | **Nonpriority creditor's name and mailing address**
DELTA DENTAL
P.O. Box 960020
Oklahoma City, OK 73196-0020

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ■ No ☐ Yes

**$2,602.24**

---

**3.11** | **Nonpriority creditor's name and mailing address**
E SOLUTIONS, INC.
WS #165
P.O. Box 414378
Kansas City, MO 64141-4378

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ■ No ☐ Yes

**$30.03**

---

**3.12** | **Nonpriority creditor's name and mailing address**
GAMMA HEALTHCARE, INC.
ATTN:  ACCOUNTS RECEIVABLE
1717 WEST MAUD
Poplar Bluff, MO 63901

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ■ No ☐ Yes

**$1,071.68**

---

| Debtor | Ban NH, LLC | Case number (if known) | 19-60464 |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,562.28**

**GREAT AMERICAN INSURANCE AGENCY, INC.**
P.O. Box 677613
Dallas, TX 75267-6713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$222,875.00**

**Harrah Nursing Center**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Inter-Company Loan

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76,625.94**

**Healthcare Services Group, Inc**
111 N Sixth Street
Reading, PA 19601

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Account

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$527.54**

**IPFS CORPORATION**
PO BOX 730223
Dallas, TX 75373-0223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,821.12**

**KCI USA**
P. O. Box 301557
Dallas, TX 75303-1557

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Account

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$166,000.00**

**Maplewood**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,922.00**

**McLoud Nursing Center**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Inter-Company Loan

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Ban NH, LLC | Case number (if known) | 19-60464 |
|---|---|---|---|
| | Name | | |

---

**3.20** Nonpriority creditor's name and mailing address
**MEDICAL WASTE SERVICES LLC**
11995 Hwy 62 E.
Harrison, AR 72601

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Account

Is the claim subject to offset? ■ No  ☐ Yes

$720.00

---

**3.21** Nonpriority creditor's name and mailing address
**Novaerus**
Dept CH 19983
Palatine, IL 60055-9983

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Account

Is the claim subject to offset? ■ No  ☐ Yes

$918.12

---

**3.22** Nonpriority creditor's name and mailing address
**Oklahoma Operating**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Inter-Company Loan

Is the claim subject to offset? ■ No  ☐ Yes

$5,604,846.00

---

**3.23** Nonpriority creditor's name and mailing address
**OMNICARE, INC.**
Dept 781668
P.O. Box 78000
Detroit, MI 48278-1668

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Account

Is the claim subject to offset? ■ No  ☐ Yes

$53,498.00

---

**3.24** Nonpriority creditor's name and mailing address
**ORKIN, LLC**
6550 E 40TH STREET
Tulsa, OK 74145-4517

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Account

Is the claim subject to offset? ■ No  ☐ Yes

$181.80

---

**3.25** Nonpriority creditor's name and mailing address
**POINTCLICKCARE TECHNOLOGIES, INC.**
PO BOX 674802
Detroit, MI 48267-4802

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Account

Is the claim subject to offset? ■ No  ☐ Yes

$1,116.46

---

**3.26** Nonpriority creditor's name and mailing address
**RELIANT PRO REHAB**
5800 Granite Parkway
Suite 1000
Plano, TX 75024

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Account

Is the claim subject to offset? ■ No  ☐ Yes

$6,601.83

---

| Debtor | Ban NH, LLC | Case number (if known) | 19-60464 |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.67 |
|---|---|---|---|

**RESPIRATORY SOLUTIONS OF WESTERN OKLAHOMA**
P.O. Box 721672
Oklahoma City, OK 73172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.94 |
|---|---|---|---|

**SHRED-IT**
28883 NETWORK PLACE
Chicago, IL 60673-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $713.54 |
|---|---|---|---|

**SUPPLYWORKS**
Bank of America
Lockbox 404290
6000 Feltwood Road
College Park, GA 30349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,283.00 |
|---|---|---|---|

**SYNERGY CARE, INC.**
127 WEST BROAD STREET
SUITE 850
Lake Charles, LA 70601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,184.06 |
|---|---|---|---|

**TIMOTHY J. MCGAUGHEY, P.C.**
3577 Chamblee Tucker Road
Suite A #313
Atlanta, GA 30341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,977.44 |
|---|---|---|---|

**TWINMED, LLC**
P.O. Box 54390
Los Angeles, CA 90054-0390

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,985.70 |
|---|---|---|---|

**U S FOOD SERVICE INC.**
P.O. Box 973118
Dallas, TX 75397-3118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | Ban NH, LLC | Case number (if known) | 19-60464 |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.20 |
|---|---|---|---|

**USI INSURANCE SERVICES NATIONAL (WJX)**
**PO BOX 201629**
**Dallas, TX 75320-1629**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Account

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**WOOD AND FLOGE**
**2246 BRISTOL PIKE**
**Bensalem, PA 19020-5295**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Account

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Elizabeth B, Alphin**<br>**101 S. Fifth Street**<br>**27th Floor**<br>**Louisville, KY 40202** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service**<br>**401 W.Peachtree Street**<br>**Atlanta, GA 30308** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **John T. Richer**<br>**320 South Boston Avenue**<br>**Suite 200**<br>**Tulsa, OK 74103-3706** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Leslie A. Bayles**<br>**161 N. Clark Street**<br>**Suite 4300**<br>**Chicago, IL 60601** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 672,804.80 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,383,773.24 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,056,578.04 |

**Fill in this information to identify the case:**

Debtor name      **Ban NH, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-60464**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Provider Agreement** | |
| State the term remaining | **CMS** |
| List the contract number of any government contract | **Mail Stop: C3-11-03** **P.O.Box 7520** **Baltimore, MD 21207** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Management Agreement** | |
| State the term remaining | **Marsh Pointe Management, LLC** |
| List the contract number of any government contract | **455 Est Paces Ferry Road, NE** **Suite 302** **Atlanta, GA 30305** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ban NH, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **19-60464** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Christopher and Connie Brogdon** | | **Southern Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Harrah Whites Meadows Nursing** | | **Southern Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Kenmetal, LLC** | | **Southern Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Living Center, LLC** | | **Southern Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Marsh Pointe Management, LLC** | | **Southern Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Ban NH, LLC** | Case number *(if known)* | **19-60464** |

---

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|
| 2.6 **MCL Nursing, LLC** | Southern Bank | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 **Oak Lake, LLC** | Southern Bank | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 **Senior NH, LLC** | Southern Bank | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name __**Ban NH, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**19-60464**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other **Operation of Business** | **$1,826,411.00** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other **Operation of Business** | **$3,540,862.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other **Operation of Business** | **$3,386,766.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Ban NH, LLC | Case number *(if known)* | 19-60464 |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Internal Revenue Service**<br>**401 W.Peachtree Street**<br>**Atlanta, GA 30308** | **Seizure of Medicare/Medicaid accounts receivables to set off pre-petition withholding taxes.  6/18/2019-$9,433.29 6/19/2019-$47,835.33**<br>Last 4 digits of account number: _____ | | **$57,268.62** |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Healthcare Services Group, Inc. vs. Ban NH, LLC et. al. 2015-091097** | **Collection** | **Court of Common Pleas, Bucks Co., PA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | Ban NH, LLC | Case number *(if known)* | 19-60464 |

---

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Theodore N. Stapleton, PC
2802 Paces Ferry Road
Suite 100-B
Atlanta, GA 30339 |  | July 2, 2019 | $10,000.00 |
| | Email or website address |  |  |  |
| | Who made the payment, if not debtor? |  |  |  |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

Debtor    **Ban NH, LLC**                                         Case number *(if known)*  **19-60464**

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Betty Ann Nursing Center 1400 South Main Street Grove, OK 74344** | **Skilled Nursing Facility** | **55** |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. **Facility** | How are records kept? *Check all that apply:* ☑ Electronically ☑ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Detailed Patient Info including: Diagnosis, Treatment, therapies and medications as required by CMS and State of Oklahoma**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    Ban NH, LLC                                                                    Case number *(if known)*  19-60464

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Ban NH, LLC** | Case number *(if known)* **19-60464** |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **3MC Consulting, LLC** PO Box 6541 Macon, GA 31208 | **04/25/16-07/31/17** |
| 26a.2. | **Synergy Healthcare Resources LLC** 2550 Northside Crossing Macon, GA 31210 | **08/01/2017-03/31/2019** |
| 26a.3. | **Hansen Hunter & Co., LLC** 2550 Northside Crossing Macon, GA 31210 | **04/01/2019-Present** |
| 26a.4. | **Dauble & Associates, P.C.** 555 Sun Valley Drive Unit P-2 Roswell, GA 30076 | **01/2015-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Dauble & Associates, P.C.** 555 Sun Valley Drive Unit P-2 Roswell, GA 30076 | **01/2015-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Hansen Hunter & Co., P.C.** 2550 Northside Crossing Macon, GA 31210 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| **Name and address** |
|---|

Debtor    **Ban NH, LLC**                                    Case number *(if known)*  **19-60464**

| Name and address |
|---|
| 26d.1. | **Metro City Bank**<br>**5441 Buford Hwy**<br>**#109**<br>**Atlanta, GA 30340** |
| 26d.2. | **Southern Bank**<br>**303 W. Market Street**<br>**Dexter, MO 63841** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Connie B. Brogdon** | **455 Est Paces Ferry Road, NE**<br>**Suite 302**<br>**Atlanta, GA 30305** | **Interest Holder** | **81%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anita Thomas** | **One Buckhead Plaza**<br>**3060 Peachtree Rd NW, Ste 1855**<br>**Atlanta, GA 30305** | **Interest Holder** | **19%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christopher F. Brogdon** | **455 East Paces Ferry Road, NE**<br>**Suite 302**<br>**Atlanta, GA 30305** | **Manager** | |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Ban NH, LLC**                                                Case number *(if known)*   **19-60464**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 31, 2019**

**/s/ Christopher F. Brogdon**                              **Christopher F. Brogdon**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Form 207. Statement of Financial Affairs for Non-Individuals**
**3. Payments to Creditors Withing 90 Days Before Filing**

| GL Account Description | Period-Month | Year | Effective Date | Batch-Ent. | Source | Description | Facility | Ref # 'revious Balanc | Debits |
|---|---|---|---|---|---|---|---|---|---|
| Accounts Payable Trade | 4-Apr | 2019 | 4/12/2019 | 5100-1 | AP-PY | ALLCARE PHARMACY | Betty Ann Nursing Center 3014 | | $6,640.42 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/19/2019 | 5126-1 | AP-PY | ALLCARE PHARMACY | Betty Ann Nursing Center 3033 | | $3,182.20 |
| Accounts Payable Trade | 5-May | 2019 | 5/10/2019 | 5212-1 | AP-PY | ALLCARE PHARMACY | Betty Ann Nursing Center 3077 | | $5,008.61 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/21/2019 | 5351-1 | AP-PY | ALLCARE PHARMACY | Betty Ann Nursing Center 3168 | | $3,172.93 |
| | | | | | | | | | **$18,004.16** |
| Accounts Payable Trade | 4-Apr | 2019 | 4/5/2019 | 5078-2 | AP-PY | APN HEALTHCARE INC | Betty Ann Nursing Center 2997 | | $990.70 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/12/2019 | 5100-3 | AP-PY | APN HEALTHCARE INC | Betty Ann Nursing Center 3016 | | $821.72 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/26/2019 | 5145-1 | AP-PY | APN HEALTHCARE INC | Betty Ann Nursing Center 3044 | | $761.74 |
| Accounts Payable Trade | 5-May | 2019 | 5/3/2019 | 5172-1 | AP-PY | APN HEALTHCARE INC | Betty Ann Nursing Center 3064 | | $4,181.28 |
| Accounts Payable Trade | 5-May | 2019 | 5/10/2019 | 5212-3 | AP-PY | APN HEALTHCARE INC | Betty Ann Nursing Center 3079 | | $1,689.48 |
| Accounts Payable Trade | 5-May | 2019 | 5/17/2019 | 5231-1 | AP-PY | APN HEALTHCARE INC | Betty Ann Nursing Center 3092 | | $1,104.12 |
| Accounts Payable Trade | 5-May | 2019 | 5/30/2019 | 5273-1 | AP-PY | APN HEALTHCARE INC | Betty Ann Nursing Center 3117 | | $0.00 |
| Accounts Payable Trade | 5-May | 2019 | 5/31/2019 | 5275-1 | AP-PY | APN HEALTHCARE INC | Betty Ann Nursing Center 3118 | | $808.96 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/7/2019 | 5301-1 | AP-PY | APN HEALTHCARE INC | Betty Ann Nursing Center 3134 | | $1,034.72 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/14/2019 | 5325-2 | AP-PY | APN HEALTHCARE INC | Betty Ann Nursing Center 3152 | | $681.53 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/21/2019 | 5351-2 | AP-PY | APN HEALTHCARE INC | Betty Ann Nursing Center 3169 | | $1,014.08 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/27/2019 | 5373-1 | AP-PY | APN HEALTHCARE INC | Betty Ann Nursing Center 3178 | | $1,028.05 |
| | | | | | | | | | **$14,116.38** |
| Accounts Payable Trade | 4-Apr | 2019 | 4/12/2019 | 5099-1 | AP-PY | BERKSHIRE HATHAWAY HOMESTATI | Betty Ann Nursing Center 3013 | | $3,354.62 |
| Accounts Payable Trade | 5-May | 2019 | 5/13/2019 | 5215-1 | AP-PY | BERKSHIRE HATHAWAY HOMESTATI | Betty Ann Nursing Center 3083 | | $3,446.75 |
| Accounts Payable Trade | 5-May | 2019 | 5/21/2019 | 5241-1 | AP-PY | BERKSHIRE HATHAWAY HOMESTATI | Betty Ann Nursing Center 3098 | | $0.00 |
| Accounts Payable Trade | 5-May | 2019 | 5/23/2019 | 5256-1 | AP-PY | BERKSHIRE HATHAWAY HOMESTATI | Betty Ann Nursing Center 3109 | | $4,347.42 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/13/2019 | 5321-3 | AP-PY | BERKSHIRE HATHAWAY HOMESTATI | Betty Ann Nursing Center 3143 | | $3,478.78 |
| | | | | | | | | | **$14,627.57** |
| Accounts Payable Trade | 6-Jun | 2019 | 6/21/2019 | 5351-3 | AP-PY | HANSEN HUNTER & CO. P.C. | Betty Ann Nursing Center 3170 | | $3,200.00 |
| Accounts Payable Trade | 7-Jul | 2019 | 7/2/2019 | 5399-5 | AP-PY | HANSEN HUNTER & CO. P.C. | Betty Ann Nursing Center 3188 | | $9,993.42 |
| Accounts Payable Trade | 7-Jul | 2019 | 7/2/2019 | 5400-1 | AP-PY | HANSEN HUNTER & CO. P.C. | Betty Ann Nursing Center 3199 | | $6,097.74 |
| | | | | | | | | | **$19,291.16** |
| Accounts Payable Trade | 4-Apr | 2019 | 4/18/2019 | 5118-1 | AP-PY | METRO CITY BANK | Betty Ann Nursing Center 3025 | | $10,763.15 |
| Accounts Payable Trade | 5-May | 2019 | 5/10/2019 | 5212-4 | AP-PY | METRO CITY BANK | Betty Ann Nursing Center 3080 | | $10,763.15 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/7/2019 | 5301-2 | AP-PY | METRO CITY BANK | Betty Ann Nursing Center 3135 | | $10,763.15 |
| | | | | | | | | | **$32,289.45** |
| Accounts Payable Trade | 4-Apr | 2019 | 4/12/2019 | 5098-1 | AP-PY | OKLAHOMA HEALTH CARE AUTHOR | Betty Ann Nursing Center 3012 | | $18,127.20 |
| Accounts Payable Trade | 5-May | 2019 | 5/13/2019 | 5215-2 | AP-PY | OKLAHOMA HEALTH CARE AUTHOR | Betty Ann Nursing Center 3084 | | $19,939.92 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/13/2019 | 5321-8 | AP-PY | OKLAHOMA HEALTH CARE AUTHOR | Betty Ann Nursing Center 3148 | | $18,894.12 |
| | | | | | | | | | **$56,961.24** |
| Accounts Payable Trade | 4-Apr | 2019 | 4/18/2019 | 5119-1 | AP-PY | OMNICARE, INC. | Betty Ann Nursing Center 3026 | | $2,385.81 |
| Accounts Payable Trade | 5-May | 2019 | 5/17/2019 | 5231-3 | AP-PY | OMNICARE, INC. | Betty Ann Nursing Center 3094 | | $2,385.81 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/18/2019 | 5335-1 | AP-PY | OMNICARE, INC. | Betty Ann Nursing Center 3155 | | $2,385.81 |
| | | | | | | | | | **$7,157.43** |
| Accounts Payable Trade | 4-Apr | 2019 | 4/24/2019 | 5132-4 | AP-PY | PUBLIC SERVICE OF OKLAHOMA | Betty Ann Nursing Center 3040 | | $4,268.82 |
| Accounts Payable Trade | 5-May | 2019 | 5/22/2019 | 5248-4 | AP-PY | PUBLIC SERVICE OF OKLAHOMA | Betty Ann Nursing Center 3105 | | $4,174.16 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/19/2019 | 5343-10 | AP-PY | PUBLIC SERVICE OF OKLAHOMA | Betty Ann Nursing Center 3166 | | $4,187.69 |
| | | | | | | | | | **$12,630.67** |
| Accounts Payable Trade | 4-Apr | 2019 | 4/26/2019 | 5145-3 | AP-PY | RELIANT MANAGEMENT GROUP | Betty Ann Nursing Center 3046 | | $2,800.00 |
| Accounts Payable Trade | 5-May | 2019 | 5/23/2019 | 5257-1 | AP-PY | RELIANT MANAGEMENT GROUP | Betty Ann Nursing Center 3110 | | $2,800.00 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/27/2019 | 5373-2 | AP-PY | RELIANT MANAGEMENT GROUP | Betty Ann Nursing Center 3179 | | $2,800.00 |
| | | | | | | | | | **$8,400.00** |
| Accounts Payable Trade | 4-Apr | 2019 | 4/8/2019 | 5082-1 | AP-PY | SUSAN DUNCAN DELAWARE COUNT | Betty Ann Nursing Center 2999 | | $17,291.24 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/12/2019 | 5102-1 | AP-PY | SUSAN DUNCAN DELAWARE COUNT | Betty Ann Nursing Center 3018 | | $1,122.54 |
| | | | | | | | | | **$18,413.78** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Accounts Payable Trade | 4-Apr | 2019 | 4/24/2019 | 5135-1 | AP-PY  SYNERGY CARE, INC. | Betty Ann Nursing Center  3042 | $3,895.50 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/26/2019 | 5145-4 | AP-PY  SYNERGY CARE, INC. | Betty Ann Nursing Center  3047 | $3,895.50 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/30/2019 | 5151-1 | AP-PY  SYNERGY CARE, INC. | Betty Ann Nursing Center  3049 | $0.00 |
| Accounts Payable Trade | 5-May | 2019 | 5/23/2019 | 5257-2 | AP-PY  SYNERGY CARE, INC. | Betty Ann Nursing Center  3111 | $3,895.50 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/27/2019 | 5373-3 | AP-PY  SYNERGY CARE, INC. | Betty Ann Nursing Center  3180 | $3,895.50 |
| | | | | | | | **$15,582.00** |
| | | | | | | | |
| Accounts Payable Trade | 4-Apr | 2019 | 4/12/2019 | 5103-1 | AP-PY  Synergy Healthcare Resources LLC | Betty Ann Nursing Center  3019 | $3,100.00 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/18/2019 | 5122-1 | AP-PY  Synergy Healthcare Resources LLC | Betty Ann Nursing Center  3032 | $3,209.79 |
| Accounts Payable Trade | 5-May | 2019 | 5/10/2019 | 5212-5 | AP-PY  Synergy Healthcare Resources LLC | Betty Ann Nursing Center  3081 | $3,050.00 |
| Accounts Payable Trade | 5-May | 2019 | 5/17/2019 | 5231-5 | AP-PY  Synergy Healthcare Resources LLC | Betty Ann Nursing Center  3096 | $2,971.60 |
| Accounts Payable Trade | 5-May | 2019 | 5/31/2019 | 5275-2 | AP-PY  Synergy Healthcare Resources LLC | Betty Ann Nursing Center  3119 | $2,800.00 |
| | | | | | | | **$15,131.39** |
| | | | | | | | |
| Accounts Payable Trade | 7-Jul | 2019 | 7/2/2019 | 5401-1 | AP-PY  THEODORE N. STAPLETON, PC | Betty Ann Nursing Center  3200 | $11,717.00 |
| | | | | | | | **$11,717.00** |
| | | | | | | | |
| Accounts Payable Trade | 4-Apr | 2019 | 4/9/2019 | 5083-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3000 | $1,746.91 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/9/2019 | 5084-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3001 | $1,523.43 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/11/2019 | 5097-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3011 | $1,495.89 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/16/2019 | 5111-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3020 | $1,779.11 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/18/2019 | 5117-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3024 | $2,035.73 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/22/2019 | 5130-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3036 | $1,971.23 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/25/2019 | 5138-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3043 | $1,433.82 |
| Accounts Payable Trade | 4-Apr | 2019 | 4/29/2019 | 5154-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3050 | $1,384.44 |
| Accounts Payable Trade | 5-May | 2019 | 5/3/2019 | 5192-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3066 | $103.28 |
| Accounts Payable Trade | 5-May | 2019 | 5/6/2019 | 5193-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3067 | $2,069.74 |
| Accounts Payable Trade | 5-May | 2019 | 5/7/2019 | 5196-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3068 | $2,371.05 |
| Accounts Payable Trade | 5-May | 2019 | 5/9/2019 | 5209-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3076 | $1,806.31 |
| Accounts Payable Trade | 5-May | 2019 | 5/13/2019 | 5243-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3099 | $1,961.00 |
| Accounts Payable Trade | 5-May | 2019 | 5/16/2019 | 5244-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3100 | $1,754.97 |
| Accounts Payable Trade | 5-May | 2019 | 5/20/2019 | 5245-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3101 | $1,636.54 |
| Accounts Payable Trade | 5-May | 2019 | 5/23/2019 | 5251-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3108 | $1,512.34 |
| Accounts Payable Trade | 5-May | 2019 | 5/27/2019 | 5259-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3113 | $1,584.43 |
| Accounts Payable Trade | 5-May | 2019 | 5/30/2019 | 5271-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3116 | $1,441.17 |
| Accounts Payable Trade | 5-May | 2019 | 5/31/2019 | 5279-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3120 | $185.38 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/3/2019 | 5311-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3137 | $2,093.62 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/6/2019 | 5312-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3138 | $1,974.95 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/10/2019 | 5313-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3139 | $1,484.81 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/14/2019 | 5327-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3153 | $1,831.69 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/17/2019 | 5340-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3156 | $1,598.02 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/19/2019 | 5347-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3167 | $65.49 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/26/2019 | 5358-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3174 | $1,951.54 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/26/2019 | 5360-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3175 | $1,719.07 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/27/2019 | 5366-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3177 | $1,223.93 |
| Accounts Payable Trade | 7-Jul | 2019 | 7/1/2019 | 5379-1 | AP-PY  U S FOOD SERVICE INC. | Betty Ann Nursing Center  3182 | $1,770.14 |
| | | | | | | | **$45,510.03** |
| | | | | | | | |
| Accounts Payable Trade | 4-Apr | 2019 | 4/26/2019 | 5145-5 | AP-PY  UNITED STATES TREASURY | Betty Ann Nursing Center  3048 | $2,500.00 |
| Accounts Payable Trade | 5-May | 2019 | 5/28/2019 | 5260-1 | AP-PY  UNITED STATES TREASURY | Betty Ann Nursing Center  3114 | $2,500.00 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/7/2019 | 5301-3 | AP-PY  UNITED STATES TREASURY | Betty Ann Nursing Center  3136 | $3,695.46 |
| Accounts Payable Trade | 6-Jun | 2019 | 6/27/2019 | 5373-4 | AP-PY  UNITED STATES TREASURY | Betty Ann Nursing Center  3181 | $2,500.00 |
| | | | | | | | **$11,195.46** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Ban NH, LLC**

_____

Debtor(s)

Case No.   **19-60464**

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **30,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **20,000.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
   copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
      reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
      522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
      any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July 31, 2019**
_____

_Date_

**/s/ Theodore N. Stapleton**

**Theodore N. Stapleton**

_Signature of Attorney_

**Theodore N. Stapleton, P.C.**
**2802 Paces Ferry Road SE**
**Suite 100-B**
**Atlanta, GA 30339**
**(770) 436-3334  Fax: (770) 935-5344**
**tstaple@tstaple.com**

_Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Georgia

In re  __Ban NH, LLC__ _____  Case No. __19-60464__
_____ Debtor(s) ___  Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anita Thomas**<br>**One Buckhead Plaza**<br>**3060 Peachtree Rd NW, Ste 1855**<br>**Atlanta, GA 30305** | | **19%** | |
| **Connie B. Brogdon**<br>**Two Buckhead Plaza**<br>**3050 Peachtree Rd NW, Ste 355**<br>**Atlanta, GA 30305** | | **81%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __July 31, 2019__ _____  Signature __/s/ Christopher F. Brogdon__
                                                    __Christopher F. Brogdon__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Ban NH, LLC**
_____
Debtor(s)

Case No.    **19-60464**

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 31, 2019**
_____

**/s/ Christopher F. Brogdon**
_____
**Christopher F. Brogdon**/**Manager**
Signer/Title

```
ALLCARE PHARMACY
PO BOX 176
Arkadelphia, AR 71923



ALTERNATIVE RISK MANAGEMENT, LTD
814 WEST NORTHWEST HWY
Arlington Heights, IL 60004



APN HEALTHCARE INC
P.O. Box 13060
Oklahoma City, OK 73113-1060



ATOMIC SERVICES, INC.
PO BOX 95067
Oklahoma City, OK 73143



BLUECROSS BLUESHIELD
HEALTH CARE SERVICE CORPORATION
P.O. Box 731428
Dallas, TX 75373-1428



BRIGGS HEALTHCARE
4900 UNIVERSITY AVENUE
SUITE #200
West Des Moines, IA 50266



BRUMMIT & ASSOCIATES, INC.
4418 Montecello Place
Enid, OK 73703-1353



Christopher and Connie Brogdon



CMS
Mail Stop: C3-11-03
P.O.Box 7520
Baltimore, MD 21207
```

```
DAUBLE & ASSOCIATES, P.C.
555 SUN VALLEY DRIVE
Unit P-2
ROSWELL, GA 30076-5633


DEARBORN NATIONAL
36788 Eagle Way
Chicago, IL 60678


DELTA DENTAL
P.O. Box 960020
Oklahoma City, OK 73196-0020


E SOLUTIONS, INC.
WS #165
P.O. Box 414378
Kansas City, MO 64141-4378


Elizabeth B, Alphin
101 S. Fifth Street
27th Floor
Louisville, KY 40202


GAMMA HEALTHCARE, INC.
ATTN: ACCOUNTS RECEIVABLE
1717 WEST MAUD
Poplar Bluff, MO 63901


GREAT AMERICAN INSURANCE AGENCY, INC.
P.O. Box 677613
Dallas, TX 75267-6713


Harrah Nursing Center


Harrah Whites Meadows Nursing
```

Healthcare Services Group, Inc
111 N Sixth Street
Reading, PA 19601


Internal Revenue Service
401 W.Peachtree Street
Atlanta, GA 30308


IPFS CORPORATION
PO BOX 730223
Dallas, TX 75373-0223


J. William Boone
3399 Peachtree Road
Suite 1700
Atlanta, GA 30326


John T. Richer
320 South Boston Avenue
Suite 200
Tulsa, OK 74103-3706


Joseph Burton
1 Premier Plaza
5605 Glenridge Dr., Ste 900
Atlanta, GA 30342


KCI USA
P. O. Box 301557
Dallas, TX 75303-1557


Kenmetal, LLC


Leslie A. Bayles
161 N. Clark Street
Suite 4300
Chicago, IL 60601

Living Center, LLC


Maplewood


Marsh Pointe Management, LLC
455 Est Paces Ferry Road, NE
Suite 302
Atlanta, GA 30305


Marsh Pointe Management, LLC


MCL Nursing, LLC


McLoud Nursing Center


MEDICAL WASTE SERVICES LLC
11995 Hwy 62 E.
Harrison, AR 72601


Metro City Bank
5441 Buford Hwy
#109
Atlanta, GA 30340


Novaerus
Dept CH 19983
Palatine, IL 60055-9983


Oak Lake, LLC

Oklahoma Operating


Oklahoma Tax Commission
100 N. Broadway Ave.
Suite 1500
Oklahoma City, OK 73102


OMNICARE, INC.
Dept 781668
P.O. Box 78000
Detroit, MI 48278-1668


ORKIN, LLC
6550 E 40TH STREET
Tulsa, OK 74145-4517


POINTCLICKCARE TECHNOLOGIES, INC.
PO BOX 674802
Detroit, MI 48267-4802


RELIANT PRO REHAB
5800 Granite Parkway
Suite 1000
Plano, TX 75024


RESPIRATORY SOLUTIONS OF WESTERN OKLAHOM
P.O. Box 721672
Oklahoma City, OK 73172


Senior NH, LLC


SHRED-IT
28883 NETWORK PLACE
Chicago, IL 60673-1288

Southern Bank
303 W. Market Street
Dexter, MO 63841


SUPPLYWORKS
Bank of America
Lockbox 404290
6000 Feltwood Road
College Park, GA 30349


SUSAN DUNCAN DELAWARE COUNTY TREASURER
Po Box 1080
Jay, OK 74346


SYNERGY CARE, INC.
127 WEST BROAD STREET
SUITE 850
Lake Charles, LA 70601


TIMOTHY J. MCGAUGHEY, P.C.
3577 Chamblee Tucker Road
Suite A #313
Atlanta, GA 30341


TWINMED, LLC
P.O. Box 54390
Los Angeles, CA 90054-0390


U S FOOD SERVICE INC.
P.O. Box 973118
Dallas, TX 75397-3118


US Treasury
Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280-0010

```
USI INSURANCE SERVICES NATIONAL (WJX)
PO BOX 201629
Dallas, TX 75320-1629


WOOD AND FLOGE
2246 BRISTOL PIKE
Bensalem, PA 19020-5295
```

# United States Bankruptcy Court
## Northern District of Georgia

In re    __Ban NH, LLC__                                    Case No.    __19-60464__
                                    Debtor(s)               Chapter     __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    __Ban NH, LLC__    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Anita Thomas
One Buckhead Plaza
3060 Peachtree Rd NW, Ste 1855
Atlanta, GA 30305**

**Connie B. Brogdon
Two Buckhead Plaza
3050 Peachtree Rd NW, Ste 355
Atlanta, GA 30305**

☐ None [*Check if applicable*]

__July 31, 2019__                          **/s/ Theodore N. Stapleton**
Date                                       **Theodore N. Stapleton**
                                           Signature of Attorney or Litigant
                                           Counsel for    **Ban NH, LLC**
                                           **Theodore N. Stapleton, P.C.
                                           2802 Paces Ferry Road SE
                                           Suite 100-B
                                           Atlanta, GA 30339
                                           (770) 436-3334 Fax:(770) 935-5344
                                           tstaple@tstaple.com**